■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL CRUZ, Appellant. [668 NYS2d 884] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered January 30, 1996, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him to a term of 3½ to 7 years, unanimously affirmed.

The court's supplemental instructions were proper. We agree with the court that the prosecution's case was based on both direct and circumstantial evidence (see, People v Daddona, 81 NY2d 990; People v Cedeno, 175 AD2d 767, lv denied 79 NY2d 854). In any event, the supplemental instructions conveyed the appropriate standards concerning circumstantial evidence (see, People v Ford, 66 NY2d 428, 442; People v Morris, 36 NY2d 877). Concur—Rosenberger, J. P., Wallach, Williams and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN CASTILLO, Also Known as JUAN CASTILLO, Appellant. [668 NYS2d 884] —Judgment, Supreme Court, Bronx County (Robert Cohen, J., at plea; Robert Seewald, J., at sentencing), rendered September 13, 1995, convicting defendant of two counts of murder in the second degree and one count of attempted murder in the second degree, and sentencing him to two consecutive terms of 15 years to life on the murder convictions, to run concurrently with a term of 8⅓ to 25 years on the attempted murder conviction, unanimously affirmed.

Defendant's shooting and killing of the two victims designated in the murder counts constituted separate and distinct acts justifying the imposition of consecutive sentences (see, People v Brathwaite, 63 NY2d 839), and we see no reason to disturb those sentences in the interest of justice. Concur—Rosenberger, J. P., Wallach, Williams and Tom, JJ.